# Court of Appeals
# of the State of Georgia

ATLANTA, __December 21, 2020__

*The Court of Appeals hereby passes the following order:*

**A21A0657. CLEO WILLIAMS v. ANDREW WEEKS.**

Plaintiff Andrew Weeks filed a dispossessory action against Cleo Williams in magistrate court. The magistrate court transferred the case to superior court, and Williams filed a counterclaim. The superior court granted Weeks a writ of possession, and Williams filed this direct appeal. We lack jurisdiction.

The superior court's order did not dispose of Williams's counterclaim, which appears to remain pending. Consequently, because this action remains pending below, Williams was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the superior court – to appeal the superior court's order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Williams's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __12/21/2020__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.